JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SUBADRA BUTCHI RAJU
PINNAMARAJU, et al.,

     Petitioners,

v.

TRACY TARANGO, et al.,

     Respondents.

Case No. 8:25-cv-02721-KES

**JUDGMENT**

Pursuant to the Court's Order Granting Motion to Dismiss and Dismissing Complaint Without Leave to Amend, IT IS ADJUDGED that the Complaint is dismissed.

DATED: June 16, 2026

_____
KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE